IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Mandol T. Ruggs | : | Case No: 19-23167-JAD |
| Irene E. Ruggs | : | |
|    Debtors | : | Chapter 13 |
| | : | |
| Mandol T. Ruggs | : | Doc. No. 21 |
|    Movant | : | |
|    SSN   (xxx-xx-3818) | : | Related to Doc. Nos. 11&14 |
| | : | |
|    v. | : | |
| Black Horse Carriers, Inc. | : | |
|    Respondent | : | |

CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Anthony M. Moody, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 15th day of August, 2019, I served a copy of the above-captioned pleading and within Order to Pay Trustee Pursuant to Wage Attachment together with Notice of Debtor's Social Security Number, filed in this proceeding, on the respondent(s), on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on August 20, 2019        /s/Anthony M. Moody
                                                          Attorney for Debtor
                                                          Anthony M. Moody
                                                          Moody Law Offices, P.C.
                                                          90 West Chestnut Street
                                                          Suite 603
                                                          Washington, PA 15301
                                                          Phone: 412-227-0867
                                                          Fax: 412-227-0451
                                                          E-mail: amoody@moodylawoffices.com
                                                          PA Attorney ID# 86482

Service by Electronic Notification - NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Black Horse Carriers, Inc.
Attn: payroll department
455 Kehoe Blvd.
Suite 105
Carol Stream, IL 60188

Mando T. & Irene E. Ruggs
304 Sunnyland Avenue
Pittsburgh, PA 15227-1841