Case 19-23167-JAD  Doc 27  Filed 09/18/19  Entered 09/18/19 14:54:08  Desc Main
Document  Page 1 of 3

FILED
9/18/19 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

\*FILING FEE PAID\*  (Yes)  No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __RUGGS_____  (JAD)/TPA/CMB/GLT

Case Number: __19-23167__

Date of Meeting: __9/16/19__  Recording # __17__

Debtor(s) present __✓__ or Not Present ___  (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Moody_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __8-12-19__  Applicable commitment period __✓__ 3 yrs ___ 5 yrs

filing fee paid

no calc due to filing fee issue, but fee has now been paid. Cont. to pre-bar concil for calc.

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                              _____ Order to Show Cause Requested
                              _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)\*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting    OR    __✓__ Conciliation Conf. OR __ \*Contested Hearing
        On __10-3-19_____ at __10:30__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

## Trustee action:

19-23167-JAD Mandol T. Ruggs and Irene E. Ruggs

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Pittsburgh) |
| Assets: y | Judge: JAD | Case Flag: FinalInstallmentPaid |

**U.S. Bankruptcy Court**

**WESTERN DISTRICT OF PENNSYLVANIA**

Notice of Electronic Filing

The following transaction was received from vde13 entered on 9/17/2019 at 1:41 PM EDT and filed on 9/17/2019
**Case Name:**     Mandol T. Ruggs and Irene E. Ruggs
**Case Number:**     19-23167-JAD
**Document Number:** 26

**Docket Text:**
Meeting of Creditors Chapter 13 Held and Concluded on 9/16/2019 Filed by Ronda J. Winnecour. (vde13)

The following document(s) are associated with this transaction:

**19-23167-JAD Notice will be electronically mailed to:**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Anthony M. Moody on behalf of Debtor Mandol T. Ruggs
amoody@moodylawoffices.com, moodyar81455@notify.bestcase.com

Anthony M. Moody on behalf of Joint Debtor Irene E. Ruggs
amoody@moodylawoffices.com, moodyar81455@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-23167-JAD Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021

Norfolk, VA 23541