IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 19-23167-JAD |
|     Mandol T. Ruggs and | ) | |
|     Irene E. Ruggs | ) | Chapter 13 |
|             Debtors | ) | |
|         v. | ) | Conciliation date and time: |
| | ) | February 27, 2020 at 11:00 a.m. |
|     Capital One Bank (USA), N.A., | ) | |
|     City and School District of Pittsburgh, | ) | DOC. NO 36 |
|     Coll. Service Center, | ) | |
|     Credit Acceptance Corp., | ) | Related to DOC. Nos. 34 and 35 |
|     Discover Financial Services, | ) | |
|     Duquesne Light Company, | ) | Objections due: February 13, 2020 |
|     Enhanced Recovery Corp., | ) | |
|     Fedloan Servicing, | ) | |
|     First Premier Bank, | ) | |
|     IRS Dept of Treasury, | ) | |
|     Med Express Billing, | ) | |
|     Navient, | ) | |
|     Phoenix Financial Services, | ) | |
|     Pittsburgh Central FCU, | ) | |
|     Pittsburgh Water and Sewer Authority, | ) | |
|     Portfolio Recovery Associates, LLC, | ) | |
|     Quicken Loans Inc., | ) | |
|     Regional Acceptance Corporation, | ) | |
|     Resurgent Capital Services, | ) | |
|     Sprint/Nextel Correspondence, | ) | |
|     Transworld Systems, Inc., | ) | |
| | ) | |
|             Respondents | ) | |
| | ) | |
|     Ronda J. Winnecour, Ch. 13 Trustee, | ) | |
|             Additional Respondent | ) | |

<u>CERTIFICATE OF SERVICE OF THE AMENDED CH. 13 PLAN, DATED NOVEMBER 8, 2019, at DOC. #34., ALONG WITH THE SCHEDULING ORDER, DATED NOVEMBER 26, 2019, at DOC. #35.</u>

    I, Anthony M. Moody, Esquire, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 26th day of November, 2019, I served a copy of the above-captioned pleading, Amended Chapter 13 Plan, dated November 8, 2019, at Doc. No. 34, along with the scheduling order, dated

November 26, 2019, at Doc. No. 35. filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivered, or another type of service, was by United States mail, first class, or electronic mail) where indicated

**EXECUTED ON:** November 26, 2019  /s/ Anthony M. Moody
Attorney for Debtor
Anthony M. Moody, Esquire
PA Attorney ID# 86482
Moody Law Offices
90 West Chestnut Street
Suite 603
Washington, PA 15301
Phone: 412-227-0867
Fax: 412-227-0451
E-mail: amoody@moodylawoffices.com

Service by NEF:

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

James Warmbrodt on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor City and School District of Pittsburgh
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water and Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Service by First-Class Mail:

Mandol T. & Irene E. Ruggs
304 Sunnyland Avenue
Pittsburgh, PA 15227-1841

Capital One Bank (USA), N.A.

c/o Law Offices of Hayt, Hayt, & Landau,
123 S. Broad Street
Suite 1660
Philadelphia, PA 19109-1003

Capital One Bank (USA), N.A.
PO Box 71087
Charlotte, NC 28272-1087

Coll. Service Center
P.O. Box 560
New Kensington, PA 15068

Credit Acceptance Corp.
25505 West Twelve Mile Road
Suite 3000
Southfield, MI 48037

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

Enhanced Recovery Corp.
8014 Bayberry RD
Jacksonville, FL 32256

Enhanced Recovery Corp.
P.O.Box 57547
Jacksonville, FL 32241

Fedloan Servicing
Department of Education
PO Box 530210
Atlanta, GA 30353-0210

Fedloan Servicing
Department of Education
PO Box 60610
Harrisburg, PA 17106

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107

IRS Dept of Treasury
1001 Liberty Avenue
Suite 1300
Pgh, PA 15222

Med Express Billing
PO Box 7964
Belfast, ME 04915

Navient
123 Justison Street
3rd Floor
Wilmington, DE 19801

Phoenix Financial Services
8902 Otis Avenue
Ste 103A
Indianapolis, IN 46236-1450

Phoenix Financial Services
PO Box 361450
Indianapolis, IN 46236

Pittsburgh Central FCU
2601 Wexford Bayne Road
Sewickley, PA 15143

Portfolio Recovery Associates, LLC
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

Regional Acceptance Corporation
1424 East Fire Tower Road
Greenville, NC 27858

Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

Sprint/Nextel Correspondence
Attn: Bankruptcy Dept.

P.O. Box 7949
Overland Park, KS 66207-0949

Transworld Systems, Inc.
P.O. Box 15273
Wilmington, DE 19850-5273