Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mandol T. Ruggs**
**Irene E. Ruggs**
　　Debtor(s)

Bankruptcy Case No.: 19–23167–JAD
Issued Per 2/27/2020 Proceeding
Chapter: 13
Docket No.: 37 – 30, 34, 35
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

　　　　IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 11/08/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.　For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☒ B.　The length of the Plan is increased to a total of 42 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.　Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.　Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.　The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.　 shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.　The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 6 of Quicken Loans Inc. with payment changes implemented and Claim No. 22–2 of the City of New Castle .

☐ H.　Additional Terms:

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: February 28, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23167-JAD
Mandol T. Ruggs                                                         Chapter 13
Irene E. Ruggs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: esci                 Page 1 of 2            Date Rcvd: Feb 28, 2020
                               Form ID: 149               Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
```
db/jdb         Mandol T. Ruggs,    Irene E. Ruggs,    304 Sunnyland Avenue,    Pittsburgh, PA 15227-1841
cr            +City and School District of Pittsburgh,    Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                UNITED STATES OF AMERICA 15219-6101
15103099       Capital One Bank (USA), N.A.,    PO Box 71087,    Charlotte, NC 28272-1087
15103098       Capital One Bank (USA), N.A.,    c/o Law Offices of Hayt, Hayt, & Landau,,    123 S. Broad Street,
                Suite 1660,    Philadelphia, PA 19109-1003
15127300      +City and School District of Pittsburgh,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
15103100      +Coll. Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
15103101      +Credit Acceptance Corp.,    25505 West Twelve Mile Road,    Suite 3000,
                Southfield, MI 48034-8331
15129491       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
15103106      +Fedloan Servicing,    Department of Education,    PO Box 60610,    Harrisburg, PA 17106-0610
15103105       Fedloan Servicing,    Department of Education,    PO Box 530210,    Atlanta, GA 30353-0210
15103107      +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
15103109      +Med Express Billing,    PO Box 7964,    Belfast, ME 04915-7900
15122610      +Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                PO BOX 16408,    St. Paul, MN 55116-0408
15103405      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15127614       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX   75014-1419
15127615       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX   75014-1419
15149123      +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15149608      +Sharp Collections Inc.,    PO Box 81,    Sharpsville, PA 16150-0081
15139006       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15137401       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:18:11
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15103102       E-mail/Text: mrdiscen@discover.com Feb 29 2020 03:09:05      Discover Financial Services,
                P.O. Box 15316,    Wilmington, DE 19850
15106671       E-mail/Text: mrdiscen@discover.com Feb 29 2020 03:09:05      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15141994      +E-mail/Text: kburkley@bernsteinlaw.com Feb 29 2020 03:11:35      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15103103      +E-mail/Text: bknotice@ercbpo.com Feb 29 2020 03:10:38      Enhanced Recovery Corp.,
                8014 Bayberry RD,    Jacksonville, FL 32256-7412
15103104      +E-mail/Text: bknotice@ercbpo.com Feb 29 2020 03:10:38      Enhanced Recovery Corp.,
                P.O.Box 57547,    Jacksonville, FL 32241-7547
15103108       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 29 2020 03:09:18      IRS Dept of Treasury,
                1001 Liberty Avenue,    Suite 1300,    Pgh, PA 15222
15105856       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:17:22       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15103110      +E-mail/PDF: pa_dc_claims@navient.com Feb 29 2020 03:17:18      Navient,    123 Justison Street,
                3rd Floor,    Wilmington, DE 19801-5363
15103111       E-mail/Text: info@phoenixfinancialsvcs.com Feb 29 2020 03:08:31      Phoenix Financial Services,
                8902 Otis Avenue,    Ste 103A,    Indianapolis, IN 46236-1450
15103112       E-mail/Text: info@phoenixfinancialsvcs.com Feb 29 2020 03:08:31      Phoenix Financial Services,
                PO Box 361450,    Indianapolis, IN 46236
15103114       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:18:08
                Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
15139914       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:16:42
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15105610      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:10:01
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
15139701       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:35
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
15103113      +E-mail/Text: tvincequerra@chromefcu.org Feb 29 2020 03:11:24      Pittsburgh Central FCU,
                2601 Wexford Bayne Road,    Sewickley, PA 15143-4029
15132502      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 03:10:51      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15103115      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 29 2020 03:11:07      Quicken Loans,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
15114384      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 29 2020 03:11:07      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
```

```
District/off: 0315-2          User: esci                 Page 2 of 2                   Date Rcvd: Feb 28, 2020
                              Form ID: 149               Total Noticed: 44


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15103116       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 29 2020 03:18:13      Regional Acceptance Corporation,
                 1424 East Fire Tower Road,    Greenville, NC 27858-4105
15109516        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 29 2020 03:18:13      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
15103117       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:35
                 Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
15103118        E-mail/Text: appebnmailbox@sprint.com Feb 29 2020 03:10:12      Sprint/Nextel Correspondence,
                 Attn: Bankruptcy Dept.,    P.O. Box 7949,    Overland Park, KS 66207-0949
15103119        E-mail/Text: bankruptcydepartment@tsico.com Feb 29 2020 03:11:29      Transworld Systems, Inc,
                 P.O. Box 15273,   Wilmington, DE 19850-5273
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15149124*      +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              Anthony M. Moody    on behalf of Joint Debtor Irene E. Ruggs amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              Anthony M. Moody    on behalf of Debtor Mandol T. Ruggs amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```