**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MANDOL T. RUGGS
    IRENE E. RUGGS
        Debtor(s)

Case No.:19-23167 JAD

Ronda J. Winnecour
       Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/12/2019 and confirmed on 10/08/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,900.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,900.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,437.48 | |
|   Trustee Fee | 817.72 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,255.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 9,644.80 | 0.00 | 9,644.80 |
|   Acct: 0823 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 15,285.16 | 0.00 | 0.00 | 0.00 |
|   Acct: 0823 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 86.34 | 0.00 | 0.00 | 0.00 |
|   Acct: D330 | | | | |
| | | | | 9,644.80 |
| **Priority** | | | | |
| ANTHONY M MOODY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MANDOL T. RUGGS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MOODY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,352.75 | 0.00 | 0.00 | 0.00 |
|   Acct: 3818 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,050.10 | 0.00 | 0.00 | 0.00 |
|   Acct: 3818 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ANTHONY M MOODY ESQ | 3,490.00 | 3,437.48 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 313.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3818 | | | | |
| CITY OF NEW CASTLE (EIT)** | 777.76 | 0.00 | 0.00 | 0.00 |
| Acct: 9203 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 650.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0823 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| LVNV FUNDING LLC | 411.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4622 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9FD0 | | | | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4316 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 679.85 | 0.00 | 0.00 | 0.00 |
| Acct: 8371 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GXO | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7684 | | | | |
| DISCOVER BANK(*) | 1,900.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4600 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 438.79 | 0.00 | 0.00 | 0.00 |
| Acct: 3009 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9274 | | | | |
| PENDRICK CAPITAL PARTNERS II LLC | 1,263.60 | 0.00 | 0.00 | 0.00 |
| Acct: 4526 | | | | |
| PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6800 | | | | |
| REGIONAL ACCEPTANCE CORP | 9,351.49 | 0.00 | 0.00 | 0.00 |
| Acct: 4443 | | | | |
| PA DEPARTMENT OF REVENUE* | 73.41 | 0.00 | 0.00 | 0.00 |
| Acct: 3818 | | | | |
| INTERNAL REVENUE SERVICE* | 17.01 | 0.00 | 0.00 | 0.00 |
| Acct: 3818 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 472.50 | 0.00 | 0.00 | 0.00 |
| Acct: 4527 | | | | |
| ECMC(*) | 27,823.45 | 0.00 | 0.00 | 0.00 |
| Acct: 4316 | | | | |
| UPMC PHYSICIAN SERVICES | 168.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4316 | | | | |
| UPMC PHYSICIAN SERVICES | 1,360.80 | 0.00 | 0.00 | 0.00 |
| Acct: 3818 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT TOGETHER WITH NEXTEL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PINNACLE CREDIT SERVICES LLC | 799.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   UPMC PHYSICIAN SERVICES | 4,040.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 3818 | | | | |
|   UPMC PHYSICIAN SERVICES | 1,060.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 4316 | | | | |
|   DUQUESNE LIGHT COMPANY* | 55.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 3291 | | | | |
|   DUQUESNE LIGHT COMPANY* | 1,484.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 7027 | | | | |
|   CITY OF NEW CASTLE (PERCAPITA) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7099 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                  9,644.80

TOTAL CLAIMED
PRIORITY     4,144.11
SECURED     15,371.50
UNSECURED  51.401.90

Date: 03/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com